tore Acardo, Appellant. The People of the State of New York, Respondent, v. Giovanni Gangi, Appellant. The People of the State of New York, Respondent, v. Giuseppe Adrogna, Appellant. The People of the State of New York, Respondent, v. Frank Kenny, Appellant. The People of the State of New York, Respondent, v. Charles Baker, Appellant. The People of the State of New York, Respondent, v. Nicolatto Generalla and Giuseppe Solomone. Appellants.— Motions to dismiss appeals granted unless appellants have their appeals ready for argument at the October term.

In the Matter of the City of New York, etc. (West One Hundred and Sixty-third Street). In the Matter of the City of New York, etc. (West One Hundred and Sixty-second Street). In the Matter of the City of New York, etc. (West One Hundred and Sixty-first Street). In the Matter of the City of New York, etc. (West One Hundred and Sixtieth Street).— Motions to dismiss appeals granted, with ten dollars costs.

Thomas Kirby, Respondent, v. The City of New York, Appellant.— Motion to dismiss appeal denied, with ten dollars costs.

Charles M. Preston, as Receiver, etc., Respondent, v. Franklin C. Albee and Others, Impleaded, Appellants.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of George Moeser, etc.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of George Moeser, etc.— Motion to dismiss appeal denied, with ten dollars costs.

City Real Estate Company, Respondent, v. Park Construction Company, Impleaded, Appellant.— Motion to dismiss appeal granted, with ten dollars costs.

City Real Estate Company, Respondent, v. Patrick Gallagher, Impleaded, Appellant.— Motion to dismiss appeal granted, with ten dollars costs.

Ardil R. Mersereau and Others, Individually and as Administrators, etc., Appellants, v. James E. Bennet and Clarence Schenck, Respondents.— Motion to dismiss appeal denied, with ten dollars costs.

Mary Kranichfelt, Respondent, v. Hyman Wallach and Others, Appellants.— Motion to dismiss appeal denied, on payment of ten dollars costs, and on payment of an additional ten dollars leave is given to respondent to apply to the court below to open her default.

Jeanette K. Hahn, Respondent, v. Conried Metropolitan Opera Company, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant have its appeal ready for argument at the October term.

Emanuel M. Klein, Respondent, v. William A. Hauff, Appellant, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant have his appeal ready for argument at the October term.

Florence B. Alley, Appellant, v. Claude S. Daly, Respondent.— Motion to dismiss appeal granted, with ten dollars costs.

Rose Sarti, Respondent, v. Giovanni B. Sarti, Appellant.— Motion to dismiss appeal granted, with ten dollars costs.

Benjamin Schwartz, Respondent, v. The State Bank, Appellant.— Application granted. Order signed.